IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DANIEL L. WILLIAMS,

        Respondent.

Case No. 14-CV-485

## ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

A copy of the petition and order to show cause having been served on respondent on July 24, 2014, and the respondent having failed to file a written response to the petition within the time period allowed by the order to show cause,

IT IS HEREBY ORDERED that the respondent appear before Revenue Officer Allison Karwoski or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of Daniel L. Williams, for the Form 1040 tax liabilities for the calendar periods ending December 31, 2008, December 31, 2009, and December 31, 2010, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

> All books, papers, records or other documents demanded in the Internal Revenue Service summons served upon respondent on April 16, 2014. The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually upon a time and place, then the respondent is ordered to appear at the office of Allison Karwoski, at N14 W24200 Tower Place, Suite 202, Waukesha, WI 53188, (262) 513-3595,

at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at his or her last known business address at least ten (10) days prior to the date set by the Revenue Officer or his designee.

Dated this 15th day of September, 2014.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge
Western District of Wisconsin